IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPAC TECHNOLOGIES, INC.,<br>    Plaintiff,<br>    v.<br>JOHAN VOLCKAERTS, et al.,<br>    Defendants. | Case No. 24-cv-04148-CRB<br><br>**ORDER TO SHOW CAUSE** |

On October 4, 2024, the Court granted Defendants' motions to dismiss for lack of personal jurisdiction. MTD Order (dkt. 42). The dismissal was without prejudice. See id. at 7. One month has now passed, and Plaintiff EPAC Technologies, Inc. has not filed an amended complaint. The Court therefore **ORDERS** Plaintiff to show cause by November 18, 2024 why this action should not be terminated.

**IT IS SO ORDERED.**

Dated: November 4, 2024



CHARLES R. BREYER
United States District Judge